440 A.2d 1242

Commonwealth v. Tarner, Appellant.

610

Submitted March 25, 1981. Blake E. Martin, Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.